**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:18-CV-048-GNS-CHL**

| | |
|---|---|
| DONNA DISSELKAMP, *et al.* | )<br>) |
| Plaintiffs | ) **ORDER**<br>) |
| v. | )<br>)<br>)<br>) |
| NORTON HEALTHCARE, INC., *et al.* | )<br>) |
| Defendants | ) |

Upon review of the Joint Status Report filed by Defendants Norton Healthcare, Inc., Richard S. Wolf, G. Hunt Rounsavall, Stephen A. Williams, Donald H. Robinson, and the Norton Healthcare Retirement Committee (collectively, the "Norton Defendants"), Lockton Investment Advisors, LLC and Lockton Financial Advisors, LLC (collectively, "Lockton Defendants"), (collectively "Defendants"), and Plaintiffs Donna Disselkamp, Erica Hunter, Sey Momodou Bah, Kathy Reed, and Curtis Cornett (collectively, "Plaintiffs"), (Plaintiffs and Defendants collectively, "the Parties"), and the Court having been informed that the Parties have reached a settlement in principle,

**IT IS HEREBY ORDERED** that the Parties are granted until on or before January 11, 2021, to complete all necessary documents to finalize the settlement and for Plaintiffs to submit a Motion for Preliminary Approval of the settlement.

Greg N. Stivers, Chief Judge
United States District Court

November 19, 2020