# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| DONNA DISSELKAMP, et al., | ) | CASE NO.: 3:18-CV-00048-GNS-CHL |
| | ) | |
| Plaintiffs, | ) | JUDGE: HON. GREG N. STIVERS |
| | ) | |
| vs. | ) | **ORDER ON FRCP 41** |
| | ) | **STIPULATION OF** |
| NORTON HEALTHCARE, INC., et al., | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |

Each of the parties, by and through undersigned counsel, stipulate pursuant to Federal Rule of Civil Procedure 41(a), that the above captioned matter is dismissed, with prejudice, as against Defendants Richard S. Wolf, G. Hunt Rounsavall, Stephen A. Williams, and Donald H. Robinson, with each party bearing his or its own costs.  Therefore, upon the Court's review of this stipulation and being otherwise sufficiently advised,

**IT IS ORDERED** that all claims against Defendants Richard S. Wolf, G. Hunt Rounsavall, Stephen A. Williams, and Donald H. Robinson, are dismissed with prejudice and each party shall bear his or its own costs.  Said Order will be vacated should the settlement not receive final approval.

Greg N. Stivers, Chief Judge
United States District Court

December 22, 2020

<div style="display: flex;">

<div style="width: 50%;">

***Have Seen and Agree:***

*/s/ John S. Friend (w/ permission)*
JOHN S. FRIEND
ROBERT W. "Joe" BISHOP
LAUREN E. FREEMAN
Bishop Friend, P.S.C.
6520 Glenridge Park Place, Suite 6
Louisville, KY 40222
(502) 425-2600
Email: firm@bishoplegal.net

FRANK H. TOMLINSON
Tomlinson Law, LLC
2100 First Avenue North, Suite 600
Birmingham, AL 35203
(205) 326-6626
Email: hilton@tomlawllc.com

JAMES H. WHITE, IV
James White Firm, LLC
2100 1st Avenue North, Suite 600
Birmingham, AL 35203
(205) 383-1812
Email: james@whitefirmllc.com

*Counsel for Plaintiffs*


*/s/ John T. McLandrich  (w/ permission)*
TODD M. RASKIN  (0003625)
JOHN T. MCLANDRICH  (0021494)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   traskin@mrrlaw.com
jmclandrich@mrrlaw.com

*Counsel for Defendant Lockton Investment Advisors, LLC*

</div>

<div style="width: 50%;">

TACHAU MEEK PLC

*/s/ Dustin E. Meek*
Dustin E. Meek
101 South Fifth Street, Ste. 3600
PNC Tower
Louisville, KY 40202
502-238-9900
Fax: 502-238-9910
dmeek@tachaulaw.com

H. Douglas Hinson
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
404-881-7000
Fax: 404-881-7777
doug.hinson@alston.com

Emily S. Costin
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004-1404
202-239-3695
Fax: 202-239-3333
emily.costin@alston.com

*Counsel for Defendants Norton Healthcare, Inc., Richard S. Wolf, G. Hunt Rounsavall, Stephen A. Williams, Donald H. Robinson, and the Norton Healthcare Retirement Committee*

</div>

</div>