# Exhibit 4

*Settlement Chart*

| Case Name | Court | Plan Name | Asset Size (in millions) | Participants | Allegations / Noteworthy Items | Settlement Date | Cash Settlement (in $US millions) | Ratio to Plan Assets | Per Capita Value |
|---|---|---|---|---|---|---|---|---|---|
| Disselkemp v. Norton Healthcare | Western District of Kentucky Louisvelle Division | Norton Healthcare 403(b) Retirement Savings Plan | 1,138 | 15,413 | 1. Selecting and maintaining a general account stable value fund, the Principal Guaranteed Fixed Income Option, that was not sufficiently diversified and that offered below-market crediting rates. 2. Failing to select the most cost effective share class of mutual fund options. 3. Paying excessive administrative expenses. 4. Failing to supply requested information in violation of ERISA | 2021-03-01 | 5.75 | 0.51% | 373.06 |
| Freck v. Cerner's Corporation | Westers District of Missouri | Cerner Corporation Foundations Retirement Plan | 2,000 | 19,895 | Improper Management of Employee Retirement Plan cost the Plan's participants Millions in Savings. Insitutional Share class cost less than Investor Share class. Defendants failed to monitor Plan's Recordkeeping Expenses. | 2012-02-17 | 4.05 | 0.20% | 203.57 |
| Urakchin v. Allianz Asset Management of America | Central District of California | Allianz Asset Management of America LP 401(k) Savings and Retirement Plan | 1,108 | 4,198 | Participants in PIMCO's 401(k) pay more than 75% more in fees that the average U.S. 401(k) plan because they are given a choice of only PIMCO and Allianz funds. a pattern and practice of adding new and unproven mutual funds as investment options within the Plan shortly after the new funds are launched. | 2017-12-26 | 12.00 | 1.08% | 2858.50 |
| Brotherson v. Putnam Investments LLC | District of Massachusetts | The Putnam Retirement Plan | 778 | 6,000 | Selecting, monitoring, and retaining Putnam-managed investments for the Plan that were costlier and performed worse than nonproprietary alternatives, and engaged in transactions prohibited | 2020-04-17 | 12.5 | 1.61% | 2083.33 |
| Pledger v. Reliance Trust Co. | Northern district of Gerogia Atlanta Division | Insperity 401(k) Plan | 4,868 | 50,000 | Proprietary Funds Excess Admin Expenses, High management Fees, Money Market Fund | 2021-08-03 | 39.8 | 0.82% | 796.00 |
| Buescher v Brenntag North America Inc | Eastern District of Pennsylvania | Brenntag USA Profit Sharing Plan | 520 | 4863 (2019) | Active vs. Passive. Share Class High Fee | 2020-09-21 | 2.3 | 0.44% | 472.96 |
| Baird v. Blackrock Institutional Trust Company NA | Northern district of California | Blackrock Retirement Savings Plan | 1,560 | 17000 ( Class Participants) | Proprietary Funds Excess Admin Expenses. High management Fees. | 2021-03-23 | 9.65 | 0.62% | 56.76 |
| Kelly v John Hopkins | District of Maryland | The John Hopkins University 403(b) Plan | 5,880 | 38586 ( 2019) | Defendant breached its duty of loyalty and prudence under 29 U.S.C. § 1104(a)(1)(A)–(B) and committed prohibited transactions under §1106(a)(1) by locking the Plan into providing the CREF Stock Account, regardless of its performance or fees, and locking the Plan into TIAA's recordkeeping services. In Counts III and IV, Plaintiffs allege that Defendant breached its duties of loyalty and prudence under 29 U.S.C. | 2019-08-06 | 14 | 0.24% | 362.83 |
| Beach v. JPMorgan Chase Bank | Southern District of New York | JP Morgan Chase 401(k) Savings plan | 14,640 | 266792 (2019) | Proprietary Funds Excess Admin Expenses. High management Fees. | 2020-10-07 | 9 | 0.06% | 33.73 |
| Stevens v. SEI Investments Co. | Eastern District of Pennsylvania | SEI Capital Accumulation Plan | 485 | 5600 (Class Participants) | Proprietary Funds , Underperforming Funds, High management Fees. | 2019-07-26 | 6.8 | 1.40% | 1214.29 |
| Richards-Donald v. Teachers Ins. & Annuity Assn | Southern District of New York | Annuity Association of America Code Section 401(k) Plan, Teachers Insurance and Annuity | 2.3 billion | 16,945 | Proprietary Funds Excessive Recordkeeping Fees Prohibited Transaction between Plan and TIAA | 2017-10-20 | 5 | 0.16% | 295.07 |
| Robert Sims v. BB&T Corporation | Middle District of North Carolina | BB&T Corporation 401(K) Savings Plan | 2,930 | 67000 (class participants) | Proprietary Funds, Underperformaning Funds. Stable Value funds | 2019-06-05 | 25 | 0.82% | 358.21 |
| Monero et al. v. Deutsche Bank | Southern District of New York | Deutsche Bank Matched Savings Plan | 3,287 | 20256(2017) | Prohibited Transaction Proprietary Funds Excess Fees Failed to consider non-mutual fund type investments | 2018-08-14 | 21.9 | 0.67% | 1081.16 |
| Larson v. Allina Health Systems et. Al. | District of Minnesota | Allina 403(b) Retirement Savings Plan Allina 401(k) Retirement Savings Plan | 1,190 | 28,000 | Failure to Prudently and Loyally Manage the Plans' Assets, Failure to Adequately Monitor Other Fiduciaries , Failure to Provide Disclosures to Participants Regarding Fees Charged, Inclusion And Maintenance of Duplicative, Poor Performing, Cheaper Collective Trusts and Separate Accounts Were Available for Plan Investment Expensive Money | 2020-05-20 | 2.425 | 0.20% | 86.61 |
| MCKInsey & CO | Southern District of New York | McKinsey & Company Inc. | 6,112 | 33,000 | Claims for breaches of fiduciary duty, prohibited transactions and equitable restitution under ERISA, which asserted that MIO's funds had performed worse than alternative, lower-cost investment options, while generating more than $20 to $36 million per year in investment management fees. | 2020-05-25 | 39.5 | 0.65% | 1196.97 |
| Cates v. The Trustees of Columbia University | Southern District of New York | Retirement Plan for Officers of Columbia University and the Columbia University Voluntary Retirement Savings Plan. | 4,600 | 27,000 | 1. Defendants breached their fiduciary duties and committed a prohibited transaction by contractually locking the Plans into including the CREF Stock Account as an investment option and TIAA as a recordkeeper. 2. Defendants breached their fiduciary duties and committed a prohibited transaction by paying unreasonable recordkeeping fees to the Plans' recordkeepers. 3. Defendants breached their fiduciary duties and committed a prohibited transaction by including numerous unnecessarily expensive and | 2021-05-21 | 13 | 0.28% | 481.48 |
| Clark v. Duke University | Middle District of North Carolina | Duke Unversity 403(b) Savings Plan | 4,700 | 37,939 | (1) Defendants breached their duties under ERISA by causing the Plan to incur unreasonable recordkeeping expenses; (2) Defendants committed prohibited transactions under ERISA by allowing four vendors to provide recordkeeping services to the Plan and receive Plan assets from which they retained unreasonable compensation; and (3) Defendants failed to prudently monitor Plan investment options resulting in the use of high-cost and low-performing funds compared to alternatives available to the Plan. | 2019-04-06 | 10.65 | 0.23% | 280.71 |