# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DONNA DISSELKAMP, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:18-CV-00048-GNS |
| ) | |
| NORTON HEALTHCARE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

*************************

## NOTICE OF FILING – PLAN OF ALLOCATION

The undersigned notifies the Court and all parties of record that the Plan of Allocation is attached hereto. This was inadvertently left out of the Unopposed Motion to Certify Class and Grant Final Approval of Settlement Class for Final Approval. (DN 122).

    Respectfully submitted,
    <u>/s/John S. Friend</u>
    John S. Friend
    Robert W. "Joe" Bishop
    Lauren Freeman
    Bishop Friend, P.S.C.
    6520 Glenridge Park Place, Suite 6
    Louisville, Kentucky 40222
    firm@bishoplegal.net
    502-425-2600

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2021, a copy of the foregoing was served electronically on all parties of record in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order.

    /s/John S. Friend
    *Counsel for Plaintiffs*

**PLAN OF ALLOCATION**

1. Calculation of payments to individual Class Members - payments to each Class Member shall be calculated by the Settlement Administrator based on information provided by the Recordkeeper as follows:

    a. For each Class Member, the Settlement Administrator shall determine a GIC Allocation Score. A Class Member's GIC Allocation Score shall be the sum of: (1) his or her period-ending account balances invested in the Principal Fixed Income Option (the "GIC") from the beginning of the Class Period to December 31, 2018, each weighted by the percentage of days in the period during which the balance was invested in the GIC, measured in points such that each dollar invested in the Plan equals one (1) point;

    b. The GIC Percentage referred to in 2 below is sixty-percent (60%);

    c. For each Class Member, the Settlement Administrator shall determine a Recordkeeping Allocation Score. A Class Member's Recordkeeping Allocation Score shall be the sum of: (1) his or her period-ending account balances invested in the Plan, each weighted by the percentage of days during which the balance was invested in the Plan during the Class Period, measured in points such that each dollar invested in the Plan equals one (1) point; and,

    d. The Recordkeeping Percentage referred to in 2 below is forty-percent (40%).

2. The Settlement Administrator shall determine the total settlement payment available to each Class Member (the "Class Member Entitlement Amount") equal to the sum of: (i) the product of (a) each such Class Member's pro rata share of the Net Settlement Fund based on his or her GIC Allocation Score compared to the sum of the GIC Allocation Scores for all Class Members and (b) the GIC Percentage; and, (ii) the product of (a) each such Class Member's pro rata share of the Net Settlement Fund based on his or her Recordkeeping Allocation Score compared to the sum of the Recordkeeping Allocation Scores for all Class Members and (b) the Recordkeeping Percentage. For a Non-Account Class Member, if the Class Member Entitlement Amount is calculated by the Settlement Administrator to be less than $15.00, then that Non-Account Class Member's payment or pro rata share shall be zero for all purposes pursuant to Paragraph 29 of the Stipulation of Settlement (DN 116-2).

3. The aggregate of all Class Members' Entitlement Amounts may not exceed the amount of the Net Settlement Fund. In the event that the Settlement Administrator determines that aggregate monetary payment pursuant to the Plan of Allocation would exceed the amount of the Net Settlement Fund, the Settlement Administrator is authorized to make such pro rata changes as are necessary to ensure that the aggregate monetary payment pursuant to the Plan of Allocation does not exceed the amount of the Net Settlement Fund.